# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-3127

BOYD TYRONE RUCKER,

                              Petitioner,

v.

DEPARTMENT OF THE NAVY,

                              Respondent.

Petition for review of an arbitrator's decision in FMCS No. 131203-51687-3 by Marvin J. Feldman.

Authorized Abbreviated Caption[2]

RUCKER v NAVY, 2013-3127

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.