NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOYD TYRONE RUCKER,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

13-3127

---

Petition for review of an arbitrator's decision in No. 131203-51687-3 by arbitrator

---

ON MOTION

O R D E R

Upon consideration of the Petitioner, Boyd Tyrone Rucker's unopposed motion to extend time to file his principal brief until December 23, 2013,

IT IS ORDERED THAT:

The motion is granted.

                                                                       FOR THE COURT

November 18, 2013                  /s/ Daniel E. O'Toole
                                         Daniel E. O'Toole
                                         Clerk of Court

cc: Phyllis Jo Baunach
Thomas J. Gagliardo